Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 02 C 1764 | DATE | 2/25/2005 |
| CASE TITLE | PALMER vs. COMBINED INSURANCE CO. | | |

**DOCKET ENTRY TEXT:**

Enter order directing initial distribution of settlement awards.

■ [ For further detail see attached order.]

Notices mailed by judge's staff.

| | | Courtroom Deputy Initials: | DW |
|---|---|---|---|