IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Brenda Palmer, on behalf of herself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 02-C-1764 |
| v. | ) ) ) | Judge James B. Zagel |
| Combined Insurance Company of America, | ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| Traci Radmanovich, on behalf of herself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 01-C-9502 |
| v. | ) ) ) | Judge James B. Zagel |
| Combined Insurance Company of America, | ) ) | |
| Defendant. | ) | |

## ORDER DIRECTING INITIAL DISTRIBUTION OF SETTLEMENT AWARDS

On the 8th day of March, 2005, pursuant to the Stipulation of Settlement and Consent Decree and Plaintiffs' Motion for Order Directing Disbursement,

IT IS ORDERED that, if no appeal has been filed by the above date, Combined Insurance Company of America shall proceed with the initial distribution of the Settlement Fund to individual plaintiffs in *Hamilton v. Combined*, No. 03-C-4587, the Named Plaintiffs (Traci Radmanovich, Brenda Palmer, Cathy Aloffo, Terry L. Boebel, Elke M. Budreau, Maria Eason, Martha Mausshardt, Vicky A. Miller, Patricia Schams and Bonnie Shaffer) and Class Counsel as set forth in the amounts supplied to the Court *in camera*.

FEB 25 2005
_____
Date

_____
The Honorable James B. Zagel
United States District Court